ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
MAIHUONG TA, ESQ. (SBN: 305740)
FARSAD LAW OFFICE, P.C.
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Telephone: 408-641-9966
Fax: 408: 866-7334
nancy@farsadlaw.com

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:

Masazumi Inoue,

        Debtor(s),

Case No. 18-31311 DM

Chapter 11

DECLARATION OF ARASTO FARSAD, NANCY WENG, AND MAIHUONG TA IN SUPPORT OF EX-PARTE APPLICATION FOR AUTHORITY TO EMPLOY THE FARSAD LAW OFFICE, P.C. AS GENERAL BANKRUPTCY COUNSEL TO THE DEBTOR-IN-POSSESSION

We, Arasto Farsad, Nancy Weng and Maihuong Ta, declare:

1. We are attorneys at law duly admitted to the practice of law in the State of California and in all courts of the United States in California, including the Northern District of California. Our business address is 2905 Stender Way, Suite 76, Santa Clara, CA, 95054.

2. We are all members/employees of the Farsad Law Office, P.C.

3. Masazumi Inoue, the Debtor and Debtor-in-possession ("Debtor") wishes to employ the law firm, Farsad Law Office, P.C., as his Chapter 11 counsel in the above-mentioned case.

4. This Declaration is submitted pursuant to 11 U.S.C. §327, Rule 2014(a), F.R. Bank. P. and in support of the Ex Parte Application to employ counsel filed concomitantly by the Debtor.

1

5. The matters stated in this Declaration are known to us of our own personal knowledge, and, if called as a witness, we would be competent to so testify.

6. I, Arasto Farsad, have been practicing bankruptcy in the Northern District of California since 2011; the Eastern and Central Districts of California since 2012; and Southern District of California since 2013. I have successfully overseen hundreds of Chapter 7's to their discharge; I have counseled hundreds of Chapter 13's to confirmation of Plan and discharge. I am currently employed in an Eastern District Chapter 11 case (Case No. #17-28002).

7. I, Nancy Weng, have over 10 years of practicing bankruptcy law in the Northern District of California. I have handled numerous Chapter 7's, 13's and several Chapter 11 cases.

8. I, Maihuong Ta, have been practicing bankruptcy in the Northern District for one (1) year. I have extensive bankruptcy support experience as a senior paralegal in the Law Offices of Drew Henwood from 2009-2012 prior to attending law school. In Mr. Henwood's office, I assisted on scores of Chapter 7's, 13's and 11's in that three year period.

9. It is necessary for the Debtor to employ counsel to provide <u>at least</u> the following services:

    A. Assist the Debtor in performing duties as a Debtor-in-possession;

    B. Prepare a Plan and Disclosure Statement and obtain confirmation of the Plan; and

    C. Represent Debtor in any contested matters or adversary proceedings.

10. We are disinterested persons within the meaning of 11 U.S.C. §101(14) in that we:

    a) are not a creditor or insider of the Debtor;

    b) are not and were not a partner(s) or employee(s) of the Debtor within two years before the date of this application, and

    c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity holders.

11. We do not have any connection with the Debtor, creditors, any other party in interest, or their respective attorneys and accountants, the United States Trustee, any person employed in the office of the United States Trustee, or any insider of the Debtor. We do not employ any person who is related to a judge of this court or the United States Trustee for Region 17.

12. In summary, except as set forth above, we have no connection with the Debtor, creditors, or any party-in- interest, their respective attorneys, accountants, or the U.S. Trustee, or any employee of the U.S. Trustee.

13. Furthermore, there is no arrangement between ourselves and any other person for the sharing of fees for this case.

14. As our entire firm will be working on this case together, we feel as if we can adequately represent the Debtor in navigating through the instant Chapter 11 case to obtain Plan confirmation. We will insure that the Debtor is aware of all of the requirements of being a Debtor / Debtor-in-possession.

We declare under penalty of perjury and under the laws of the United States of America and the State of California that we have read the foregoing, that it is true and accurate and that we would be competent to so testify.

Executed this 28th day of December, 2018, at Santa Clara, California.

By: */s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorney for Debtor / Debtor-in-possession herein

By: */s/ Nancy Weng*
Nancy Weng, Esq.
Attorney for Debtor / Debtor-in-possession herein

By: */s/ Maihuong Ta*
Maihuong Ta, Esq.
Attorney for Debtor / Debtor-in-possession herein