


Signed and Filed: March 19, 2019

_____
**DENNIS MONTALI**
**U.S. Bankruptcy Judge**

ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE. P.C.**
2905 Stender Way, Suite 76
Santa Clara, CA 95054
Telephone: 408-641-9966
Fax: 408: 866-7334
Farsadlaw1@gmail.com

Attorney for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>MASAZUMI INOUE,<br><br>              Debtor(s), | ) Case No. 18-31311 DM<br>)<br>) Chapter 11<br>)<br>) ORDER CONFIRMING CHAPTER 11 PLAN<br>) DATED FEBRUARY 2, 2019<br>)<br>) Date: March 14, 2019<br>) Time: 10:00 a.m.<br>) Place: 450 Golden Gate Ave. San Francisco,<br>) CA<br>) Before: Honorable Dennis Montali<br>)<br>) |

    On March 14, 2019 at 10:00 a.m., before the Honorable Judge Dennis Montali, the Court held a hearing on final approval of the above-captioned Debtor's Disclosure Statement and confirmation of the above-captioned Debtor's Plan of Reorganization dated February 2, 2019 (the "confirmation hearing"). Present for the Debtor was Debtor's counsel, Nancy Weng, of Farsad Law Office, P.C., the debtor, Masazumi Inoue, and counsel for Specialized Loan Servicing, LLC ("SLS"), Dane Exnowski.

    After review of the ballot summary as well as statements made on the record, the Court determined that confirmation of the Debtor's plan was appropriate as the Debtor has proven by

preponderance of the evidence that the Debtor's plan of reorganization meets all the requirements of 11 U.S.C. § 1129 et. seq. Therefore, it is hereby ORDERED:

The Disclosure Statement and Chapter 11 Plan dated February 2, 2019 and filed as ECF/Docket No.36 is CONFIRMED;

Payment to Class 2 creditors shall be made on the effective date;

Insurance and taxes for payments under the Chapter 11 Plan to secured creditor SLS shall remain escrowed;

Accordingly, the plan under chapter 11 of the Bankruptcy Code filed by Masazumi Inoue, Debtor and Debtor in Possession and it having been determined after hearing on notice that the requirements for confirmation set forth in 11 U.S.C. §1129 et. seq. have been satisfied;

***END OF ORDER***

COURT SERVICE LIST

***no mail service***